**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

EUGENIO GALVEZ,

Plaintiff,

-against-

MOON LIQUORS, INC. d/b/a RIVER ROAD WINE,
SOOWAN KIM, and MARK KING,

Defendants.

Case No.: 18-cv-14569 (SDW) (SCM)

CIVIL ACTION

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on October 2, 2018, Plaintiff filed a Complaint, asserting claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"); the New Jersey Wage and Hour Law ("NJWHL");

**WHEREAS,** Plaintiff dismissed his FLSA claims with prejudice on October 23, 2019;

**WHEREAS,** the parties reached a settlement of Plaintiff's claims pursuant to NJWHL and all other claims through arms-length negotiations and have entered into a settlement agreement formally memorializing the terms of the parties' settlement;

**WHEREAS,** the Court shall retain jurisdiction to enforce the terms of the settlement agreement and the dismissal with prejudice is subject to Plaintiffs' motion to reopen the case and/or enforce the settlement agreement.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and **ORDERED** by this Court, that this action is and be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this stipulation and order serve the same purposes as an original signature.

- 7 -

Dated: New York, New York
November 11, 2019

Justin Cilenti, Esq.
Cilenti & Cooper, PLLC
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
Telephone: (212) 209-3933
Facsimile: (212) 209-7102
Email: jcilenti@jcpclaw.com
*Attorneys for Plaintiff*

Seokchan Kwak, Esq.
Kim, Cho & Lim, LLC
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
Telephone: (201) 585-7400
Facsimile: (201) 585-7422
Email: scankwak@kcllawfirm.com
*Attorneys for Defendants*

So Ordered:

_____
Hon. Steven C. Mannion, U.S.M.J.

- 8 -